J. HARRIS WARTHMAN, as Trustee of LA FRANCE INDUSTRIES, Appellant, *v.* MANUFACTURERS TRUST COMPANY et al., Respondents.

Argued November 26, 1941; decided January 8, 1942.

*E. Stanley Richardson, Harold Harper* and *G. Plantou Middleton* for appellant.

*Leonard P. Moore, Charles Pickett* and *Charles F. Gehrmann* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.